Remove Your Media® , LLC
3308 Preston Rd Ste 350-157
Plano, TX 75093-7453
Ph: 866-541-5173
E-mail:   infringement@removeyourmedia.com
8/10/2024 1:26:52 PM

ELECTRONIC NOTICE OF COPYRIGHT INFRINGEMENT

I, the undersigned, CERTIFY UNDER PENALTY OF PERJURY that I am an
agent authorized to act on behalf of https://www.webtoon.com whose
exclusive copyrights are being infringed. The information in this
notice is accurate.

Original Works & Copyright Holder(s):
WEBTOON Entertainment Inc
5700 Wilshire Blvd Suite 220
Los Angeles, California 90036

The works in question are copyrighted Korean webtoons published by
WEBTOON Entertainment.

I have a good faith belief that the items or materials listed below
are not authorized
by the above owners, their agents or the law and therefore infringe
the owner's rights.
Please act expeditiously to remove or disable access to the infringing
material or items
listed as follows — the images, videos and/or download links at the
following URL(s):

{Attached}

Truthfully,
/S/: Eric Green

| No. | location of infringing content | work infringed | location of original work |
|---|---|---|---|
| 1 | https://mangaraw.org/the-strongest-florist | The Strongest Florist | https://www.webtoons.com/en/action/the-strongest-florist/list?title_no=2507 |
| 2 | https://tukangkomik.id/manga/the-regressed-son-of-a-duke-is-an-assassin/ | The Reborn Young Lord is an Assassin | https://www.webtoons.com/en/fantasy/the-reborn-young-lord-is-an-assassin/list?title_no=6107 |
| 3 | https://raw.senmanga.com/true-beauty | True Beauty | https://www.webtoons.com/en/romance/truebeauty/list?title_no=1436 |
| 4 | https://god-manga.com/series/nano-machine/ | Nano Machine | https://www.webtoons.com/en/action/nano-machine/list?title_no=4344 |
| 5 | https://www.mgeko.cc/manga/the-regressed-son-of-a-duke-is-an-assassin/ | The Reborn Young Lord is an Assassin | https://www.webtoons.com/en/fantasy/the-reborn-young-lord-is-an-assassin/list?title_no=6107 |
| 6 | https://mangadass.com/manga/the-regressed-son-of-a-duke-is-an-assassin | The Reborn Young Lord is an Assassin | https://www.webtoons.com/en/fantasy/the-reborn-young-lord-is-an-assassin/list?title_no=6107 |
| 7 | https://toomtam-manga.com/manga/teenage-mercenary/ | Teenage Mercenary | https://www.webtoons.com/en/action/teenage-mercenary/list?title_no=2677 |
| 8 | https://murim-manga.com/manga/nano-machine/ | Nano Machine | https://www.webtoons.com/en/action/nano-machine/list?title_no=4344 |
| 10 | https://klikmanga.id/manga/the-regressed-son-of-a-duke-is-an-assassin/ | The Reborn Young Lord is an Assassin | https://www.webtoons.com/en/fantasy/the-reborn-young-lord-is-an-assassin/list?title_no=6107 |

| No. | location of infringing content | work infringed | location of original work |
|---|---|---|---|
| 11 | https://mangalami.com/manga/nano-machine/ | Nano Machine | https://www.webtoons.com/en/action/nano-machine/list?title_no=4344 |
| 12 | https://komikindo.moe/manga/the-greatest-estate-developer/ | The Greatest Estate Developer | https://www.webtoons.com/en/fantasy/the-greatest-estate-developer/list?title_no=3596 |
| 13 | https://inkreads.com/mangax/the-regressed-son-of-a-duke-is-an-assassin/ | The Reborn Young Lord is an Assassin | https://www.webtoons.com/en/fantasy/the-reborn-young-lord-is-an-assassin/list?title_no=6107 |
| 14 | https://mangauwu.com/manga/nano-machine | Nano Machine | https://www.webtoons.com/en/action/nano-machine/list?title_no=4344 |
| 15 | https://w49.thetowerofgod.com/ | Tower of God | https://www.webtoons.com/en/fantasy/tower-of-god/list?title_no=95 |
| 16 | https://mt.manytoon.me/manhwa/couple-breaker/ | Couple Breaker | https://www.webtoons.com/en/drama/couple-breaker/list?title_no=5383 |
| 17 | https://ww6.weakherochapters.com/ | Weak Hero | https://www.webtoons.com/en/action/weakhero/list?title_no=1726 |
| 18 | https://mangakatana.com/manga/vigilante.25470 | Vigilante | https://www.webtoons.com/en/action/vigilante/list?title_no=5555 |
| 19 | https://bacamanga.id/manga/lookism/ | Lookism | https://www.webtoons.com/en/drama/lookism/list?title_no=1049 |
| 22 | https://www.mangaread.org/manga/mercenary-enrollment/ | Teenage Mercenary | https://www.webtoons.com/en/action/teenage-mercenary/list?title_no=2677 |

| No. | location of infringing content | work infringed | location of original work |
|---|---|---|---|
| 23 | https://mangascan-fr.net/manga/nano-machine | Nano Machine | https://www.webtoons.com/en/action/nano-machine/list?title_no=4344 |
| 24 | https://es.manytoon.me/manhwa/a-guide-to-proper-dating/ | Romance 101 | https://www.webtoons.com/en/romance/romance-101/list?title_no=2406 |
| 25 | https://ww8.mangakakalot.tv/manga/manga-rt994676 | Baby Tyrant | https://www.webtoons.com/en/fantasy/baby-tyrant/list?title_no=5433 |
| 26 | https://fr.freecomiconline.me/comique/un-couple-doux-amer-002/ | 'Til Debt Do Us Part | https://www.webtoons.com/en/romance/til-debt-do-us-part/list?title_no=3115 |
| 27 | https://mafia-manga.com/manga/questism/ | QUESTISM | https://www.webtoons.com/en/fantasy/questism/list?title_no=3767 |
| 28 | https://kumomanga.net/manga/questism/ | QUESTISM | https://www.webtoons.com/en/fantasy/questism/list?title_no=3767 |
| 29 | https://mangareader.to/the-regressed-son-of-a-duke-is-an-assassin-67937 | The Reborn Young Lord is an Assassin | https://www.webtoons.com/en/fantasy/the-reborn-young-lord-is-an-assassin/list?title_no=6107 |
| 30 | https://manhwalampo.com/manga/return-of-the-mount-hua-sect-615 | Return of the Blossoming Blade | https://www.webtoons.com/en/action/return-of-the-blossoming-blade/list?title_no=2849 |
| 31 | https://earlym.org/manga/689/return-of-the-mount-hua-sect/ | Return of the Blossoming Blade | https://www.webtoons.com/en/action/return-of-the-blossoming-blade/list?title_no=2849 |
| 32 | https://read9.windbreakermanga.com/ | Wind Breaker | https://www.webtoons.com/en/sports/wind-breaker/list?title_no=372 |

| No. | location of infringing content | work infringed | location of original work |
|---|---|---|---|
| 33 | https://ww20.read-lookism.com/ | Lookism | https://www.webtoons.com/en/drama/lookism/list?title_no=1049 |
| 34 | https://ww8.manganelo.tv/manga/manga-ny990933 | Money Game | https://www.webtoons.com/en/thriller/money-game-the-8-show/list?title_no=3254 |
| 35 | https://komiku.com/manga/281022-return-of-the-flowery-mountain-sect/ | Return of the Blossoming Blade | https://www.webtoons.com/en/action/return-of-the-blossoming-blade/list?title_no=2849 |
| 36 | https://mangafox.fun/manga/omniscient-reader-s-viewpoint | Omniscient Reader | https://www.webtoons.com/en/action/omniscient-reader/list?title_no=2154 |
| 37 | https://doombreaker.com/home_15/ | Doom Breaker | https://www.webtoons.com/en/action/doom-breaker/list?title_no=3197 |
| 38 | https://joji-manga.com/manga/eleceed/ | Eleceed | https://www.webtoons.com/en/action/eleceed/list?title_no=1571 |
| 39 | https://toonclash.com/manga/mercenary-enrollment/ | Teenage Mercenary | https://www.webtoons.com/en/action/teenage-mercenary/list?title_no=2677 |
| 40 | https://rose-manga.com/series/cry-even-better-if-you-beg/ | Cry, or Better Yet, Beg | https://www.webtoons.com/en/drama/cry-or-better-yet-beg/list?title_no=5815 |
| 41 | https://mangamonk.com/fox-play | The Fox Club | https://www.webtoons.com/en/romance/the-fox-club/list?title_no=4079 |
| 42 | https://manhuazone.org/manga/omniscient-readers-viewpoint/ | Omniscient Reader | https://www.webtoons.com/en/action/omniscient-reader/list?title_no=2154 |

| No. | location of infringing content | work infringed | location of original work |
|---|---|---|---|
| 43 | https://ped-manga.com/manga/omniscient-reader/ | Omniscient Reader | https://www.webtoons.com/en/action/omniscient-reader/list?title_no=2154 |
| 44 | https://coffeemanga.io/manga/i-thought-it-was-a-common-isekai-story/ | Not Your Typical Reincarnation Story | https://www.webtoons.com/en/romance/not-your-typical-reincarnation-story/list?title_no=5556 |
| 45 | https://toonily.me/omniscient-readers-viewpoint | Omniscient Reader | https://www.webtoons.com/en/action/omniscient-reader/list?title_no=2154 |
| 46 | https://id.freecomiconline.me/komik/pasangan-yang-pahit-002/ | 'Til Debt Do Us Part | https://www.webtoons.com/en/romance/til-debt-do-us-part/list?title_no=3115 |
| 47 | https://bacakomik.net/komik/nano-machine/ | Nano Machine | https://www.webtoons.com/en/action/nano-machine/list?title_no=4344 |
| 48 | https://clover-manga.com/manga/3784/ | QUESTISM | https://www.webtoons.com/en/fantasy/questism/list?title_no=3767 |
| 49 | https://www.mangapanda.in/manga/i-thought-it-was-a-common-isekai-story | Not Your Typical Reincarnation Story | https://www.webtoons.com/en/romance/not-your-typical-reincarnation-story/list?title_no=5556 |
| 50 | https://popsmanga.com/manga/the-regressed-son-of-a-duke-is-an-assassin/ | The Reborn Young Lord is an Assassin | https://www.webtoons.com/en/fantasy/the-reborn-young-lord-is-an-assassin/list?title_no=6107 |
| 51 | https://spy-manga.com/manga/the-regressed-son-of-a-duke-is-an-assassin/ | The Reborn Young Lord is an Assassin | https://www.webtoons.com/en/fantasy/the-reborn-young-lord-is-an-assassin/list?title_no=6107 |

| No. | location of infringing content | work infringed | location of original work |
|---|---|---|---|
| 52 | https://manhwafull.net/return-of-the-mount-hua-sect/ | Return of the Blossoming Blade | https://www.webtoons.com/en/action/return-of-the-blossoming-blade/list?title_no=2849 |
| 53 | https://manhwaclan.com/manga/the-fox-club/ | The Fox Club | https://www.webtoons.com/en/romance/the-fox-club/list?title_no=4079 |
| 54 | https://hippomanga.com/manga/mercenary-enrollment/ | Teenage Mercenary | https://www.webtoons.com/en/action/teenage-mercenary/list?title_no=2677 |
| 55 | https://asurahunter.com/manga/mercenary-enrollment/ | Teenage Mercenary | https://www.webtoons.com/en/action/teenage-mercenary/list?title_no=2677 |
| 56 | https://manga18.me/manga/chronicles-of-the-demon-faction | Chronicles of the Demon Faction | https://www.webtoons.com/en/action/chronicles-of-the-demon-faction/list?title_no=5832 |
| 57 | https://mangatale.co/manga/the-greatest-estate-developer/ | The Greatest Estate Developer | https://www.webtoons.com/en/fantasy/the-greatest-estate-developer/list?title_no=3596 |
| 58 | https://mangarolls.net/manga/omniscient-readers-viewpoint-manhwa/ | Omniscient Reader | https://www.webtoons.com/en/action/omniscient-reader/list?title_no=2154 |
| 59 | https://manhwanew.com/manga/born-a-princess/ | Baby Tyrant | https://www.webtoons.com/en/fantasy/baby-tyrant/list?title_no=5433 |
| 61 | https://ww19.mercenary-manga.com/ | Teenage Mercenary | https://www.webtoons.com/en/action/teenage-mercenary/list?title_no=2677 |
| 62 | https://yaoiscan.com/read/omniscient-readers-viewpoint/ | Omniscient Reader | https://www.webtoons.com/en/action/omniscient-reader/list?title_no=2154 |

| No. | location of infringing content | work infringed | location of original work |
|---|---|---|---|
| 63 | https://romantikmanga.com/manga/bebek-tiran/ | Baby Tyrant | https://www.webtoons.com/en/fantasy/baby-tyrant/list?title_no=5433 |
| 64 | https://www.mangareader.cc/manga/i-thought-it-was-a-common-isekai-story | Not Your Typical Reincarnation Story | https://www.webtoons.com/en/romance/not-your-typical-reincarnation-story/list?title_no=5556 |
| 65 | https://r.lookismmanga.com/ | Lookism | https://www.webtoons.com/en/drama/lookism/list?title_no=1049 |
| 66 | https://mangadop.net/manga/mercenary-enrollment/ | Teenage Mercenary | https://www.webtoons.com/en/action/teenage-mercenary/list?title_no=2677 |
| 67 | https://nanomachinemanga.com/ | Nano Machine | https://www.webtoons.com/en/action/nano-machine/list?title_no=4344 |
| 68 | https://manga-lucky.com/manga/the-regressed-son-of-a-duke-is-an-assassin/ | The Reborn Young Lord is an Assassin | https://www.webtoons.com/en/fantasy/the-reborn-young-lord-is-an-assassin/list?title_no=6107 |
| 69 | https://read9.windbreakermanga.com/ | Wind Breaker | https://www.webtoons.com/en/sports/wind-breaker/list?title_no=372 |
| 70 | https://likemanga.io/mercenary-enrollment-3350/ | Teenage Mercenary | https://www.webtoons.com/en/action/teenage-mercenary/list?title_no=2677 |
| 71 | https://www.ranker-manga.com/series/mercenary-enrollment-%e0%b8%97%e0%b8%ab%e0%b8%b2%e0%b8%a3%e0%b8%a3%e0%b8%b1%e0%b8%9a%e0%b8%88%e0%b9%89%e0%b8%b2%e0%b8%87%e0%b8%9e%e0%b8%b1%e0%b8%99%e0%b8%98%e0%b8%b8%e0%b9%8c%e0%b9%81%e0%b8%81/ | Teenage Mercenary | https://www.webtoons.com/en/action/teenage-mercenary/list?title_no=2677 |

| No. | location of infringing content | work infringed | location of original work |
|---|---|---|---|
| 72 | https://www.tanuki-manga.com/manga/99-wooden-stick/ | 99 Reinforced Wooden Stick | https://www.webtoons.com/en/comedy/99-reinforced-wooden-stick/list?title_no=4286 |
| 73 | https://cn.webmota.com/comic/genbenbushiputongdechuanshu-lemonfrogdoyosayajin | Not Your Typical Reincarnation Story | https://www.webtoons.com/en/romance/not-your-typical-reincarnation-story/list?title_no=5556 |
| 74 | https://mangadex.tv/manga/manga-rt994676 | Baby Tyrant | https://www.webtoons.com/en/fantasy/baby-tyrant/list?title_no=5433 |
| 75 | https://yukomik.com/komik/eleceed/ | Eleceed | https://www.webtoons.com/en/action/eleceed/list?title_no=1571 |
| 76 | https://www.mhmfk.com/manhua/1849 | Marry My Husband | https://www.webtoons.com/en/romance/marry-my-husband/list?title_no=4572 |
| 77 | https://www.komikid.com/manga/-omniscient-readers-viewpoint | Omniscient Reader | https://www.webtoons.com/en/action/omniscient-reader/list?title_no=2154 |
| 78 | https://manga18fx.com/manga/chronicles-of-the-demon-faction | Chronicles of the Demon Faction | https://www.webtoons.com/en/action/chronicles-of-the-demon-faction/list?title_no=5832 |
| 79 | https://www2.mangamew.com/manga/cheese-in-the-trap-208478/ | Cheese in the Trap | https://www.webtoons.com/en/drama/cheese-in-the-trap/list?title_no=99 |
| 80 | https://w3.omniscient-readersviewpoint.com/ | Omniscient Reader | https://www.webtoons.com/en/action/omniscient-reader/list?title_no=2154 |
| 81 | https://bacakomik.my.id/manga/komik-nano-machine/ | Nano Machine | https://www.webtoons.com/en/action/nano-machine/list?title_no=4344 |

| No. | location of infringing content | work infringed | location of original work |
|---|---|---|---|
| 82 | https://webtoonscan.com/manhwa/chronicles-of-the-demon-faction/ | Chronicles of the Demon Faction | https://www.webtoons.com/en/action/chronicles-of-the-demon-faction/list?title_no=5832 |
| 83 | https://emperor-scan.com/manga/l3ct0r-omnis/ | Omniscient Reader | https://www.webtoons.com/en/action/omniscient-reader/list?title_no=2154 |
| 84 | https://fr.manhwa18.org/manhwa18/le-plus-grand-promoteur-immobilier/ | The Greatest Estate Developer | https://www.webtoons.com/en/fantasy/the-greatest-estate-developer/list?title_no=3596 |
| 85 | https://realityquestmanga.online/ | Reality Quest | https://www.webtoons.com/en/action/reality-quest/list?title_no=4697 |
| 86 | https://mangapill.com/manga/5284/omniscient-reader | Omniscient Reader | https://www.webtoons.com/en/action/omniscient-reader/list?title_no=2154 |
| 87 | https://mangaza.net/manga/lookism/ | Lookism | https://www.webtoons.com/en/drama/lookism/list?title_no=1049 |
| 88 | https://asurahunter.com/manga/nano-machine/ | Nano Machine | https://www.webtoons.com/en/action/nano-machine/list?title_no=4344 |
| 89 | https://www.mangakakalot.nl/series/fox-play | The Fox Club | https://www.webtoons.com/en/romance/the-fox-club/list?title_no=4079 |
| 90 | https://infinitelevelup.com/ | Infinite Leveling: Murim | https://www.webtoons.com/en/action/infinite-leveling-murim/list?title_no=2676 |
| 91 | https://mangafire.to/manga/eleceed.qx0v5 | Eleceed | https://www.webtoons.com/en/action/eleceed/list?title_no=1571 |

| No. | location of infringing content | work infringed | location of original work |
|---|---|---|---|
| 92 | https://hippomanga.com/manga/the-worlds-best-engineer/ | The Greatest Estate Developer | https://www.webtoons.com/en/fantasy/the-greatest-estate-developer/list?title_no=3596 |
| 93 | https://kumomanga.net/manga/chronicles-of-the-demon-faction/ | Chronicles of the Demon Faction | https://www.webtoons.com/en/action/chronicles-of-the-demon-faction/list?title_no=5832 |
| 94 | https://quest-supremacy.com/ | QUESTISM | https://www.webtoons.com/en/fantasy/questism/list?title_no=3767 |
| 95 | https://1manga.co/manga/the-law-of-being-friends-with-a-male | Boy-Friend's Rule | https://www.webtoons.com/en/romance/boy-friends-rule/list?title_no=6133 |
| 96 | https://mangaqueen.com/manga/sword-fanatic-wanders-through-the-night/ | A Dance of Swords in the Night | https://www.webtoons.com/en/action/a-dance-of-swords-in-the-night/list?title_no=4596 |
| 97 | https://v1.earlym.org/manga/bad-ending-maker | Bad Ending Maker | https://www.webtoons.com/en/fantasy/bad-ending-maker/list?title_no=5955 |
| 98 | https://mangaeffect.com/manga/omniscient-readers-viewpoint/ | Omniscient Reader | https://www.webtoons.com/en/action/omniscient-reader/list?title_no=2154 |
| 99 | https://xenon-manga.com/manga/chronicles-of-the-demon-faction/ | Chronicles of the Demon Faction | https://www.webtoons.com/en/action/chronicles-of-the-demon-faction/list?title_no=5832 |
| 100 | https://fcmanga.com/manga/mercenary-enrollment/ | Teenage Mercenary | https://www.webtoons.com/en/action/teenage-mercenary/list?title_no=2677 |
| 101 | https://w8.solo-max.com/ | I'm the Max-Level Newbie | https://www.webtoons.com/en/action/im-the-max-level-newbie/list?title_no=3915 |

| No. | location of infringing content | work infringed | location of original work |
|---|---|---|---|
| 102 | https://miku-manga.com/manga/omniscient-reader/ | Omniscient Reader | https://www.webtoons.com/en/action/omniscient-reader/list?title_no=2154 |
| 103 | https://www.manhwakakalot.com/series/bad-ending-maker | Bad Ending Maker | https://www.webtoons.com/en/fantasy/bad-ending-maker/list?title_no=5955 |
| 104 | https://www.manga-kakalot.net/series/bad-ending-maker | Bad Ending Maker | https://www.webtoons.com/en/fantasy/bad-ending-maker/list?title_no=5955 |
| 105 | https://mangawei.com/manga/nano-machine/ | Nano Machine | https://www.webtoons.com/en/action/nano-machine/list?title_no=4344 |
| 106 | https://manhwa18.cc/webtoon/chronicles-of-the-demon-faction | Chronicles of the Demon Faction | https://www.webtoons.com/en/action/chronicles-of-the-demon-faction/list?title_no=5832 |
| 107 | https://ww.mangadex.tv/manga/manga-md990260 | Romance 101 | https://www.webtoons.com/en/romance/romance-101/list?title_no=2406 |
| 108 | https://mangakomi.io/manga/omniscient-readers-viewpoint/ | Omniscient Reader | https://www.webtoons.com/en/action/omniscient-reader/list?title_no=2154 |
| 109 | https://1manhwa.com/webtoon/quest-supremacy/ | QUESTISM | https://www.webtoons.com/en/fantasy/questism/list?title_no=3767 |
| 110 | https://mangaextreme.com/manga/bad-ending-maker | Bad Ending Maker | https://www.webtoons.com/en/fantasy/bad-ending-maker/list?title_no=5955 |
| 111 | https://natsu.id/manga/omniscient-readers-viewpoint/ | Omniscient Reader | https://www.webtoons.com/en/action/omniscient-reader/list?title_no=2154 |

| No. | location of infringing content | work infringed | location of original work |
|-----|-------------------------------|----------------|---------------------------|
| 112 | https://tusmangas.org/manga/34461/el-prodigioso-caballero-oscuro-con-tiempo-limitado | Time-Limited Genius Dark Knight | https://www.webtoons.com/en/fantasy/time-limited-genius-dark-knight/list?title_no=5639 |
| 113 | https://www.vfscan.cc/manga/nano-machine/ | Nano Machine | https://www.webtoons.com/en/action/nano-machine/list?title_no=4344 |
| 114 | https://w1.nanomachinenow.com/ | Nano Machine | https://www.webtoons.com/en/action/nano-machine/list?title_no=4344 |
| 115 | https://www.up-manga.com/nano-machine/ | Nano Machine | https://www.webtoons.com/en/action/nano-machine/list?title_no=4344 |
| 116 | https://tw.52hah.com/book/hysdxna8b1d5f283a69c0946bb352c2cd843b9?is_recommend=1 | Obsidian Bride | https://www.webtoons.com/en/romance/obsidian-bride/list?title_no=5896 |
| 117 | https://komikcast.cz/komik/nano-machine/ | Nano Machine | https://www.webtoons.com/en/action/nano-machine/list?title_no=4344 |
| 118 | https://s2manga.io/manga/i-thought-it-was-a-common-isekai-story/ | Not Your Typical Reincarnation Story | https://www.webtoons.com/en/romance/not-your-typical-reincarnation-story/list?title_no=5556 |
| 119 | https://tenshi.id/komik/terminally-ill-genius-dark-knight/ | Time-Limited Genius Dark Knight | https://www.webtoons.com/en/fantasy/time-limited-genius-dark-knight/list?title_no=5639 |
| 120 | https://w2.thebreakermanhwa.com/ | The Breaker: Eternal Force | https://www.webtoons.com/en/action/the-breaker-eternal-force/list?title_no=4501 |
| 121 | https://freemanga.me/manga/sister-i-am-the-queen-in-this-life/ | I'm the Queen in This Life | https://www.webtoons.com/en/fantasy/im-the-queen-in-this-life/list?title_no=4886 |

| No. | location of infringing content | work infringed | location of original work |
|---|---|---|---|
| 122 | https://w1.questismmanga.com/ | QUESTISM | https://www.webtoons.com/en/fantasy/questism/list?title_no=3767 |
| 123 | https://rawrmanga.com/not-your-typical-reincarnation-story-2/ | Not Your Typical Reincarnation Story | https://www.webtoons.com/en/romance/not-your-typical-reincarnation-story/list?title_no=5556 |
| 124 | https://manhwatop.to/read/nano-machine-o9810 | Nano Machine | https://www.webtoons.com/en/action/nano-machine/list?title_no=4344 |
| 125 | https://shibamanga.com/manga/jungle-juice/ | Jungle Juice | https://www.webtoons.com/en/action/jungle-juice/list?title_no=2480 |
| 126 | https://luxmanga.net/manga/mercenary-enrollment-wt54ttdi36piop3/ | Teenage Mercenary | https://www.webtoons.com/en/action/teenage-mercenary/list?title_no=2677 |
| 127 | https://chapmanga.net/manga/mercenary-enrollment/ | Teenage Mercenary | https://www.webtoons.com/en/action/teenage-mercenary/list?title_no=2677 |
| 128 | https://emperor-scan.com/manga/l3ct0r-omnis/ | Omniscient Reader | https://www.webtoons.com/en/action/omniscient-reader/list?title_no=2154 |
| 129 | https://readcomicmanga.com/manga/82844/vigilante | Vigilante | https://www.webtoons.com/en/action/vigilante/list?title_no=5555 |
| 130 | https://retsu.co/manga/quest-supremacy/ | QUESTISM | https://www.webtoons.com/en/fantasy/questism/list?title_no=3767 |
| 131 | https://burningtoon.com/index.php/comic/list5480 | Time-Limited Genius Dark Knight | https://www.webtoons.com/en/fantasy/time-limited-genius-dark-knight/list?title_no=5639 |

| No. | location of infringing content | work infringed | location of original work |
|---|---|---|---|
| 132 | https://eztoon101.com/#/webtoon/4290 | Nano Machine | https://www.webtoons.com/en/action/nano-machine/list?title_no=4344 |
| 133 | https://murimrpgsimulation.com/ | Murim RPG Simulation | https://www.webtoons.com/en/action/murim-rpg-simulation/list?title_no=3779 |
| 134 | https://w35.thegodofhighschool.online/?2024-07-25 | The God of High School | https://www.webtoons.com/en/action/the-god-of-high-school/list?title_no=66 |
| 135 | https://likemanga.io/mercenary-enrollment-3350/ | Teenage Mercenary | https://www.webtoons.com/en/action/teenage-mercenary/list?title_no=2677 |
| 136 | https://mangaku.io/manga/terminally-ill-genius-dark-knight/ | Time-Limited Genius Dark Knight | https://www.webtoons.com/en/fantasy/time-limited-genius-dark-knight/list?title_no=5639 |
| 137 | https://sso.mangatown.com/manga/tower_of_god/ | Tower of God | https://www.webtoons.com/en/fantasy/tower-of-god/list?title_no=95 |
| 138 | https://comic24hnn.com/truyen-tranh/danh-cho-nhan-vat-bi-bo-roi-yeu-thich-nhat-cua-toi-149397/ | For My Derelict Favorite | https://www.webtoons.com/en/romance/for-my-derelict-favorite/list?title_no=4571 |
| 139 | https://v1.namedtoon.com/comic/index/id/9827 | My Comeback as the Youngest Member | https://www.webtoons.com/en/drama/my-comeback-as-the-youngest-member/list?title_no=6302 |
| 140 | https://toongod.cc/webtoon/return-of-the-mount-hua-sect/ | Return of the Blossoming Blade | https://www.webtoons.com/en/action/return-of-the-blossoming-blade/list?title_no=2849 |
| 141 | https://thunderscans.com/manga/2072267132-the-worlds-best-engineer/ | The Greatest Estate Developer | https://www.webtoons.com/en/fantasy/the-greatest-estate-developer/list?title_no=3596 |

| No. | location of infringing content | work infringed | location of original work |
|---|---|---|---|
| 142 | https://www.mangatv.net/manga/38174/el-genio-asesino-lo-tomar-todo | The Genius Assassin Who Takes It All | https://www.webtoons.com/en/action/the-genius-assassin-who-takes-it-all/list?title_no=6216 |
| 143 | https://www.doombreaker.org/ | Doom Breaker | https://www.webtoons.com/en/action/doom-breaker/list?title_no=3197 |
| 144 | https://manhwa-thailand.com/series/i-became-the-youngest-member-of-top-idol/ | My Comeback as the Youngest Member | https://www.webtoons.com/en/drama/my-comeback-as-the-youngest-member/list?title_no=6302 |
| 145 | https://www.kanmanhuala.cc/book/777 | Your Throne | https://www.webtoons.com/en/fantasy/your-throne/list?title_no=2009 |
| 146 | https://towerofgodmanhwa.com/ | Tower of God | https://www.webtoons.com/en/fantasy/tower-of-god/list?title_no=95 |
| 147 | https://kunmanga.to/manga/sweet-home-7nmdqo | Sweet Home | https://www.webtoons.com/en/thriller/sweethome/list?title_no=1285 |
| 148 | https://mangagalaxy.org/series/hardcore-leveling-warrior:-earth-game | Hardcore Leveling Warrior: Earth Game | https://www.webtoons.com/en/action/hardcore-leveling-warrior-earth-game/list?title_no=5974 |
| 149 | https://webtoonhatti.net/webtoon/lookism/ | Lookism | https://www.webtoons.com/en/drama/lookism/list?title_no=1049 |
| 150 | https://w2.thebreakermanhwa.com/ | The Breaker: Eternal Force | https://www.webtoons.com/en/action/the-breaker-eternal-force/list?title_no=4501 |

| No. | location of infringing content | work infringed | location of original work |
|---|---|---|---|
| 151 | https://www.mangareader.cc/manga/for-my-lost-love | For My Derelict Favorite | https://www.webtoons.com/en/romance/for-my-derelict-favorite/list?title_no=4571 |
| 152 | https://nitroscans.online/manga/solo-necromancy/ | The Lone Necromancer | https://www.webtoons.com/en/fantasy/the-lone-necromancer/list?title_no=3690 |
| 153 | https://fr.readergen.fr/manga/the-genius-assassin-who-takes-it-all/ | The Genius Assassin Who Takes It All | https://www.webtoons.com/en/action/the-genius-assassin-who-takes-it-all/list?title_no=6216 |
| 154 | https://komikdaily.my.id/manga/for-my-derelict-favorite/ | For My Derelict Favorite | https://www.webtoons.com/en/romance/for-my-derelict-favorite/list?title_no=4571 |
| 155 | https://mangaindo.org/komik/reincarnator/ | Reincarnator | https://www.webtoons.com/en/action/reincarnator/list?title_no=6297 |
| 156 | https://paragonscans.com/mangax/i-used-to-be-a-boss/ | I Was the Final Boss | https://www.webtoons.com/en/fantasy/i-was-the-final-boss/list?title_no=5170 |
| 157 | https://komik20.com/komik/omniscient-readers-viewpoints/ | Omniscient Reader | https://www.webtoons.com/en/action/omniscient-reader/list?title_no=2154 |
| 158 | https://regressorofthefallenfamily.com/ | A Flame Reborn | https://www.webtoons.com/en/action/a-flame-reborn/list?title_no=6412 |
| 159 | https://mangatx.to/manhua/7cijxvwe6sm7t1bxlp16/ | Nano Machine | https://www.webtoons.com/en/action/nano-machine/list?title_no=4344 |
| 160 | https://komikcast.cafe/komik/568558-omniscient-readers-viewpoint/ | Omniscient Reader | https://www.webtoons.com/en/action/omniscient-reader/list?title_no=2154 |

| No. | location of infringing content | work infringed | location of original work |
|---|---|---|---|
| 161 | https://manhuafast.top/manga/terminally-ill-genius-dark-knight | Time-Limited Genius Dark Knight | https://www.webtoons.com/en/fantasy/time-limited-genius-dark-knight/list?title_no=5639 |
| 162 | https://zahard.xyz/manga/4585-lo0kism | Lookism | https://www.webtoons.com/en/drama/lookism/list?title_no=1049 |
| 163 | https://asuracomic.net/series/return-of-the-mount-hua-sect-00c64517 | Return of the Blossoming Blade | https://www.webtoons.com/en/action/return-of-the-blossoming-blade/list?title_no=2849 |
| 164 | https://likemanga.io/mercenary-enrollment-3350/ | Teenage Mercenary | https://www.webtoons.com/en/action/teenage-mercenary/list?title_no=2677 |
| 165 | https://mangahasu.me/noblesse-oorarmaLLEZZ-p10071.html | Noblesse | https://www.webtoons.com/en/action/noblesse/list?title_no=87 |
| 166 | https://ninemanga.com/manga/NOBLESSE.html | Noblesse | https://www.webtoons.com/en/action/noblesse/list?title_no=87 |
| 167 | https://www.niadd.com/original/10039215.html | I'm the Max-Level Newbie | https://www.webtoons.com/en/action/im-the-max-level-newbie/list?title_no=3915 |
| 168 | https://komikindo.co/manga/eleceed/ | Eleceed | https://www.webtoons.com/en/action/eleceed/list?title_no=1571 |
| 169 | https://flamecomics.me/series/omniscient-readers-viewpoint/ | Omniscient Reader | https://www.webtoons.com/en/action/omniscient-reader/list?title_no=2154 |
| 170 | https://mortalsgroove.com/manga/the-era-of-superhuman-manhwa/ | 초인의 시대 | https://comic.naver.com/webtoon/list?titleId=730694 |

| No. | location of infringing content | work infringed | location of original work |
|---|---|---|---|
| 171 | https://mangaesp.net/ver/el-chamo-de-los-dos-cuerpos | Lookism | https://www.webtoons.com/en/drama/lookism/list?title_no=1049 |
| 172 | https://luminous-scans.com/series/1718323201-mercenary-enrollment/ | Teenage Mercenary | https://www.webtoons.com/en/action/teenage-mercenary/list?title_no=2677 |
| 173 | https://lscomic.com/manga/the-only-necromancer/ | The Lone Necromancer | https://www.webtoons.com/en/fantasy/the-lone-necromancer/list?title_no=3690 |
| 174 | https://hivetoon.com/manga/lookism1/ | Lookism | https://www.webtoons.com/en/drama/lookism/list?title_no=1049 |
| 175 | https://kunmanga.com/manga/free-in-dreams/ | Dreaming Freedom | https://www.webtoons.com/en/romance/dreaming-freedom/list?title_no=4180 |
| 176 | https://teamoney.site/series/WBE | The Greatest Estate Developer | https://www.webtoons.com/en/fantasy/the-greatest-estate-developer/list?title_no=3596 |
| 177 | https://harimanga.com/manga/for-my-abandoned-love/ | For My Derelict Favorite | https://www.webtoons.com/en/romance/for-my-derelict-favorite/list?title_no=4571 |
| 178 | https://leerolymp.com/series/comic-sobreviviendo-al-juego-siendo-un-barbaro | Surviving the Game as a Barbarian | https://www.webtoons.com/en/fantasy/surviving-the-game-as-a-barbarian/list?title_no=5515 |
| 179 | https://fecomicc.xyz/comic/cong-chua-mint-be-nho | Little Lady Mint | https://www.webtoons.com/en/fantasy/little-lady-mint/list?title_no=4441 |
| 180 | https://manhwalampo.com/manga/zomgan-17104 | ZOMGAN | https://www.webtoons.com/en/action/zomgan/list?title_no=4785 |

| No. | location of infringing content | work infringed | location of original work |
|---|---|---|---|
| 181 | https://astrascans.org/series/zomgan/ | ZOMGAN | https://www.webtoons.com/en/action/zomgan/list?title_no=4785 |
| 182 | https://enryumanga.net/manga/eleceed/ | Eleceed | https://www.webtoons.com/en/action/eleceed/list?title_no=1571 |
| 183 | https://cosmicscans.id/manga/lookism/ | Lookism | https://www.webtoons.com/en/drama/lookism/list?title_no=1049 |
| 184 | https://kingofscans.com/comics/dreaming-freedom/ | Dreaming Freedom | https://www.webtoons.com/en/romance/dreaming-freedom/list?title_no=4180 |
| 185 | https://luacomic.com/manga/i-thought-its-a-common-possession/ | Not Your Typical Reincarnation Story | https://www.webtoons.com/en/romance/not-your-typical-reincarnation-story/list?title_no=5556 |
| 186 | https://lectormiau.com/manga/la-prometida-obsidiana/ | Obsidian Bride | https://www.webtoons.com/en/romance/obsidian-bride/list?title_no=5896 |
| 187 | https://oktoon.com/webtoon/content/6593 | Lookism | https://www.webtoons.com/en/drama/lookism/list?title_no=1049 |
| 188 | https://xn--vv4b11c.com/main/bbs/board.php?bo_table=webtoon&wr_id=1705&wmode=&prenoview=1#webtoon_start | The Tyrant Wants to Be Good | https://www.webtoons.com/en/fantasy/the-tyrant-wants-to-be-good/list?title_no=5201 |
| 189 | https://bato.to/series/125197/solo-farming-in-the-tower-all-chapters | The Top Dungeon Farmer | https://www.webtoons.com/en/fantasy/the-top-dungeon-farmer/list?title_no=5656 |
| 190 | https://dsectcomics.org/comics/15870419/ | I'm the Max-Level Newbie | https://www.webtoons.com/en/action/im-the-max-level-newbie/list?title_no=3915 |

| No. | location of infringing content | work infringed | location of original work |
|---|---|---|---|
| 191 | https://haremscann.es/manga/s3r3nnit1/ | Serena | https://www.webtoons.com/en/drama/serena/list?title_no=5037 |
| 192 | https://hwago.org/komik/dreaming-freedom/ | Dreaming Freedom | https://www.webtoons.com/en/romance/dreaming-freedom/list?title_no=4180 |
| 193 | https://visortmo.ws/manga/serena | Serena | https://www.webtoons.com/en/drama/serena/list?title_no=5037 |
| 194 | https://templescan.net/comic/couple-breaker | Couple Breaker | https://www.webtoons.com/en/drama/couple-breaker/list?title_no=5383 |
| 195 | https://night-scans.com/series/4190634673-eleceed/ | Eleceed | https://www.webtoons.com/en/action/eleceed/list?title_no=1571 |